UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27 AM 9: 16

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-220 |
| v. | * | SECTION: "K" |
| RODERICK JOSEPH | * | |
| | * | |
| * * * | | |

### O R D E R

Having considered the foregoing motion to unseal indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned matter.

New Orleans, Louisiana, this 26th day of June, 2007.

UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____